1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GILBERT WELLS,

11              Plaintiff,                          No. 2:12-cv-1539 CKD

12        vs.

13   MICHAEL J. ASTRUE,                             ORDER TO SHOW CAUSE
     Commissioner of Social Security,

14
                Defendant.
15   _____/

16              By order filed June 13, 2012, plaintiff was directed to submit to the United States

17   Marshal a completed summons and copies of the complaint and a copy of the order, and to file a

18   statement with the court that said documents had been submitted to the United States Marshal.

19              Plaintiff failed to submit the statement of compliance.  Four months have passed

20   and no answer has been filed nor is there any evidence that plaintiff has taken the proper steps to

21   ensure service of summons by the Marshal.

22   ////

23   ////

24   ////

25   ////

26   ////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff shall within ten days from

2 the date of this order show cause why this action should not be dismissed for lack of prosecution.

3   Dated: October 10, 2012

4   _____

5   CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

6

7

8   4
    wells1539.osc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26