IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERT WELLS,

      Plaintiff,                                    No. 2:12-cv-1539 CKD

      vs.

MICHAEL J. ASTRUE,                       <u>ORDER</u>
Commissioner of Social Security,

      Defendant.

_____/

        By order filed June 13, 2012, plaintiff was directed to submit to the United States Marshal a completed summons and copies of the complaint and a copy of the order, and to file a statement with the court that said documents had been submitted to the United States Marshal.

        Plaintiff failed to submit the statement of compliance. Four months have passed and no answer has been filed nor is there any evidence that plaintiff has taken the proper steps to ensure service of summons by the Marshal.

        By order filed October 10, 2012, plaintiff was ordered to show cause within ten days as to why this action should not be dismissed for lack of prosecution. That time has now passed and plaintiff has not responded to the order to show cause.

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that this action is dismissed for lack of
2 prosecution.

3  Dated: October 31, 2012

                                             _____
                                             CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE

4
wells1539.dlop